UNITED STATES, Appellee

v

CECIL V. JOHNSTON, Private E–2, U. S. Army, Appellant

9 USCMA 87, 25 CMR 349

No. 11,122

Decided March 28, 1958

*Captain John F. Christensen* and *First Lieutenant Frank J. Lane, Jr.,* were on the brief for Appellant, Accused.

*Lieutenant Colonel John G. Lee* and *First Lieutenant Avram G. Hammer* were on the brief for Appellee, United States.

### Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The Government concedes that the post-trial review is inadequate and misleading. See United States v Lee, 8 USCMA 709, 25 CMR 213. The decision of the board of review is reversed and the record of trial is returned to The Judge Advocate General of the Army for reference to a competent convening authority for further proceedings in accordance with Articles 61 and 64, Uniform Code of Military Justice, 10 USC §§ 861, 864. United States v Dow, 8 USCMA 734, 25 CMR 238.

Judge FERGUSON concurs.

LATIMER, Judge (dissenting):

I dissent for the reasons expressed in my separate opinion in United States v Lee, 8 USCMA 709, 25 CMR 213.